IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HENRY WILLIAMS**                                                                         **PETITIONER**

v.                    NO. 4:21-cv-00111 BRW

**DEXTER PAYNE, Director of the**                                    **RESPONDENT**
**Arkansas Division of Correction**

<u>ORDER</u>

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, I approve and adopt the findings and recommendation in all respects.

Accordingly, Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED. All requested relief is denied, and judgment will be entered for respondent Dexter Payne.

Petitioner's Motion to Expand Record (Doc. No. 17) and Motion for Hearing (Doc. No. 18) are DENIED.

In accordance with Rule 11(a) of the Rules Governing § 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Petitioner cannot make a "substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 19th day of August, 2021.

                                                           <u>Billy Roy Wilson</u>
                                                           UNITED STATES DISTRICT JUDGE