IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HENRY WILLIAMS**                                                                **PETITIONER**

v.                            **NO. 4:21-cv-00111 BRW**

**DEXTER PAYNE, Director of the**                               **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Consistent with the Order entered today, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 19th day of August, 2021.


                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE